IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, WILLIAM GATES, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 14-0261-CG-M |
| v. | ) ) |
| AUSTAL USA, LLC, | ) ) |
| Defendant. | ) |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

**IT IS ORDERED** that

1. the Complaint be unsealed and served on the defendant by the relators;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the United States' Notice of Declination to Intervene, which the relators will serve upon the defendant only after service of the Complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States as provided for in

31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action for good cause at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all Orders of this Court will be sent to the United States; and that

7. should the relators or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**DONE** and **ORDERED** this 2nd day of March, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE