IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, WILLIAM GATES, CLINTON ROUNTREE, JAMES TRAINOR, AND TAMI ANDREWS,<br><br>   Plaintiffs/Relators,<br><br>vs.<br><br>AUSTAL USA, LLC,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 14-0261-CG-M<br>)<br>)<br>)<br>)  |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated August 10, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendant's Motion to dismiss (Docs. 34-35) is **GRANTED** as to claims one and two and that the Motion is **DENIED** as to claim three. It is further **ORDERED** that the Defendant's Motion to Strike (Doc. 33) is **GRANTED**.

Plaintiffs are **ORDERED** to file a Second Amended Complaint, omitting the dismissed claims and the stricken paragraphs, no later than **October, 7, 2015**.

**DONE and ORDERED** this 30th day of September, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE